■ FURNITURE FABRICATORS, INC., Respondent, v SIDNEY H. PINES, Appellant.—Order, Supreme Court, Bronx County (Anita Florio, J.), entered on April 30, 1991, and resettled order of said court entered on December 5, 1991, withdrawn in accordance with the terms of the stipulation of the parties hereto dated June 25, 1992. Order filed. Concur—Sullivan, J. P., Rosenberger, Ross and Rubin, JJ.

■ GOTTLIEB v KENNETH D. LAUB & Co.—Reargument denied; motion and cross-motion for leave to appeal to Court of Appeals granted, as indicated; and this Court's unpublished order (M-3898/M-4108) entered on September 22, 1992 vacated. Concur—Carro, J. P., Milonas, Ellerin and Ross, JJ.